IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-20211
Conference Calendar
_____

LEONARD THOMAS EVANS, SR.,

                                        Plaintiff-Appellant,

versus

THE CITY OF BAYTOWN POLICE DEPARTMENT, ET AL.,

                                        Defendants,

SARGENT BUCKLEY; RON MOSER, Investigator;
R. MERLIN, Investigator; D. LOPEZ, Investigator,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-94-CV-1699
- - - - - - - - - -
October 23, 1997
Before POLITZ, Chief Judge, and WIENER and DENNIS, Circuit Judges.

PER CURIAM:[*]

Leonard Thomas Evans, Sr., Texas prisoner No. 683153, appeals the district court's grant of summary judgment in favor of the defendants. Evans has abandoned his claims against the City of Baytown, City of Baytown Police Chief Shaffer, and Harris County Investigator D. Lopez. Brinkmann v. Dallas County Deputy

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Sheriff Abner, 813 F.2d 744, 748 (5th Cir. 1987). The uncontroverted summary judgment evidence shows that there was probable cause to believe that Evans was the suspect who sold cocaine to Investigator Lopez; therefore, the remaining defendants were entitled to summary judgment as to Evans's claims of false imprisonment and malicious prosecution. Sanders v. English, 950 F.2d 1152, 1159-63 (5th Cir. 1992). The court need not address whether the defendants were entitled to qualified immunity. See Wallace v. Texas Tech University, 80 F.3d 1042, 1047 (5th Cir. 1996).

AFFIRMED.